# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14-cv-00097-RM-CBS

UNITED STATES OF AMERICA, ex rel.,
ROBERT MCGUIRE,

    and

THE STATE OF NEW YORK, ex rel.,
ROBERT MCGUIRE,

    Plaintiffs,

v.

WEBSTER BANK, NATIONAL ASSOCIATION,

    Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on the United States of America's Response (ECF No. 16) to the Court's Order (ECF No. 13) of April 16, 2014. In the Order, the Court lifted the public access restrictions on certain documents filed in this case and directed the United States to show cause why this Court should not lift the access restrictions on all other papers filed in this case. In the Response, the United States advised that it has no objection to unsealing – lifting the access restrictions on – all remaining documents in this case. Upon consideration of the foregoing, and being otherwise fully advised in the premises, it is

    **ORDERED** that the Order to Show Cause is hereby discharged; and

**FURTHER ORDERED** that the Clerk of the Court is directed to **unrestrict** the docket and all remaining documents previously filed in this case.

DATED this 23rd day of April, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge