# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-00097-RM-CBS

**UNITED STATES OF AMERICA**, *et al.*, *ex rel.*
**ROBERT MCGUIRE**,

    Plaintiffs,

v.

**WEBSTER BANK, NATIONAL ASSOCIATION**,

    Defendant.

# ORDER

The Relator having moved for leave to serve the Complaint on the Defendant and for a ruling addressing the amount of time within which he may do so, and for good cause shown, the Court hereby

ORDERS that the Relator shall proceed to serve the Complaint upon the Defendant pursuant to Fed. R. Civ. P. 4.  In effecting such service, the Relator shall have sixty days from the date of this Order to accomplish service.

DATED this 24th day of April, 2014.

                                        s/Craig B. Shaffer
                                  United Stated Magistrate Judge