IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00097-RM-CBS | Date: October 21, 2014 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

ROBERT McGUIRE,                              Robert McGuire

Plaintiff,

v.

WEBSTER BANK, NATIONAL ASSOCIATION,   Hugh Gottschalk
                                                              Kenneth Stalzer

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  MOTION HEARING**
**Court in session: 1:27 p.m.**
Court calls case.  Appearances of counsel.

The Court, having heard argument regarding the [docket #26] Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(A) has DENIED the motion without prejudice.

All discovery in this matter is STAYED pending a ruling on the Motion to Dismiss.

The Court will take no action regarding the [docket #33] Proposed Scheduling Order until the Motion to Dismiss is decided.

HEARING CONCLUDED.

**Court in recess: 2:49 p .m.**
Total time in court: 01:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.